UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>D. ADAMS, et al., )<br>)<br>Defendants. )<br>_____) | 1:05-CV-1386-REC DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(DOCUMENTS #15, 16) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2006, plaintiff filed a motion to extend time to file objections to the magistrate's findings and recommendations filed on January 19, 2006. On February 3, 2006, plaintiff also filed a motion to extend time to file an Amended Complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations filed on January 19, 2006 and plaintiff is granted thirty days from the date of service of this order in which to file an Amended Complaint.

IT IS SO ORDERED.

Dated:  February 7, 2006                    /s/ Dennis L. Beck
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE