UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TURNER, | 1:05-cv-01386-LJO-DLB-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 22) |
| vs. | |
| D. ADAMS, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| Defendants. / | |

Plaintiff, Edward Turner ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 12, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. On March 12, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1   In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 12, 2007, are ADOPTED IN FULL;

2. This action proceed only against defendants Nguyen, Smith, and Ruff on plaintiff's Eighth Amendment claims; and,

3. Plaintiff's claims against the remaining defendants are DISMISSED for failure to state any claims upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   March 29, 2007**                     **/s/ Lawrence J. O'Neill**
b9ed48                                         UNITED STATES DISTRICT JUDGE