IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>K. NGUYEN, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-01386-LJO-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #37)<br><br>THIRTY DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2008, plaintiff filed a motion to extend time to file opposition to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file opposition to defendants' motion for summary judgment.

　　　IT IS SO ORDERED.

　　　Dated:　　**June 26, 2008**　　　　　　　　　／s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE