UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TURNER,<br><br>          Plaintiff,<br><br>   v.<br><br>K. NGUYEN, et.al.,<br><br>          Defendants. | CASE NO: 1:05-CV-1386 LJO DLB PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY (30) DAYS |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. sec. 1983. On June 2, 2008, defendants filed a motion for summary judgement. Fed. R. Civ. P. 56. To date, plaintiff has not filed an opposition or statement of non-opposition to defendants' motion.

     It is HEREBY ORDERED that within thirty (30) days of the service of this order plaintiff is to file an opposition or statement of non-opposition to defendants' motion for summary judgment. Plaintiff is advised that failure to file an opposition or statement of non-opposition will result in the court issuing findings and recommendations that this action be dismissed for failure to obey a court order.

     IT IS SO ORDERED.

     Dated: **August 11, 2008**      /s/ **Dennis L. Beck**
                                                                               UNITED STATES MAGISTRATE JUDGE