UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER,<br><br>        Plaintiff,<br><br>   v.<br><br>K. NGUYEN, et.al.,<br><br>        Defendants. | CASE NO: 1:05-CV-1386 LJO DLB PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 40)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION BY FEBRUARY 12, 2009. |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. On June 2, 2008, defendants filed a motion for summary judgment. Fed. R. Civ. P. 56. On August 11, 2008, the Court ordered plaintiff to file an opposition or statement of non-opposition within thirty days. Plaintiff did not respond, and on September 22, 2008, this Court issued a Findings and Recommendations, recommending that this action be dismissed for plaintiff's failure to obey a court order. (Doc. 40).

      On October 23, 2008, Plaintiff filed an objection to the Findings and Recommendations. Plaintiff states that he had liver surgery in September and it appears that plaintiff is now awaiting surgery for his spine. Plaintiff also states that he is currently taking morphine for his pain.

///

///

1    In light of plaintiff's medical condition, the Findings and Recommendations, filed September 22, 2008, are HEREBY VACATED. The Court shall grant plaintiff a three month extension of time, up to an including **February 12, 2009**, to file an opposition to defendants' motion for summary judgment, or statement of non-opposition.

    Failure to comply with this order may result in the recommendation that this action be dismissed.

    IT IS SO ORDERED.

**Dated:** **November 12, 2008**         **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE